UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD EDWARD CRAFT, JR.,

       Plaintiff,

v.                                       CASE NO.  8:13-CV-205-T-17TBM

CAROLYN W. COLVIN,
Acting Commissioner of the
United States Social Security
Administration,

       Defendant.

_____/


ORDER

This cause is before the Court on:

Dkt. 18    Report and Recommendation

In the Complaint, Plaintiff Ronald Edward Craft, Jr. seeks judicial review of the denial of his claim for Social Security disability benefits, and Supplemental Security Income benefits.  The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the decision of the Commissioner of the United States Social Security Administration be affirmed.

No objections to the Report and Recommendation have been filed.  After careful consideration of the pleadings and Administrative Record, the Court adopts the Report and Recommendation, which is incorporated by reference.   Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and incorporated by reference; the decision of the Commissioner of the United States Social Security Administration is **affirmed**.  The Clerk of Court shall enter a final judgment in favor of

Case No. 8:13-CV-205-T-17TBM

Defendant Carolyn W. Colvin, Acting Commissioner of the United States Social Security Administration, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of December, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record